IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM J. STANSBURY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2022 |
| | : | |
| LAUREL HARRY, et al. | : | |

## ORDER

AND NOW, this 29th day of July, 2024, upon consideration of Kareem J. Stansbury's Petition for Writ of Habeas Corpus, and after careful review of the Report and Recommendation of U.S. Magistrate Judge Richard Lloret, Stansbury's Objections thereto, and the parties' supplemental briefing, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. Stansbury's Objections (Document No. 156) are OVERRULED;

2. The Report and Recommendation (Document No. 150) is APPROVED and ADOPTED;

3. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED without an evidentiary hearing; and

4. No Certificate of Appealability shall issue as Petitioner has not made a substantial showing of the denial of a federal constitutional right.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.